UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL T. WILLIAMS

    Plaintiff,

v.

BRIAN WILLIAMS, et al.,

    Defendants.

Case No.: 3:25-cv-00326-ART-CLB

**ORDER**

State prisoner Michael Williams has applied to proceed *in forma pauperis* and submitted an unsigned complaint under 42 U.S.C. § 1983. (ECF Nos. 1, 4, 1-1). The Court cannot consider—and therefore disregards—Plaintiff's unsigned complaint. *See* Fed. R. Civ. P. 11(a) (pleadings and other documents must be signed by "a party personally if the party is unrepresented"). Plaintiff must submit a signed amended complaint to proceed with this action. Submitting a mere signature page will not be enough. And because an amended complaint replaces the original complaint, *see Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989), Plaintiff's amended complaint must contain all claims, defendants, and factual allegations that he wishes to pursue in this action. Plaintiff should file the amended complaint on this Court's approved civil-rights form, and it must be titled "First Amended Complaint."

It is therefore ordered that Plaintiff has **until August 11, 2025**, to submit a signed amended complaint to this Court. This action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order.

The Clerk of the Court is instructed to send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint with instructions and a courtesy copy of his original complaint (ECF No. 1-1).

DATED: July 10, 2025.

_____
UNITED STATES MAGISTRATE JUDGE