UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL T. WILLIAMS,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>BRIAN WILLIAMS, et al.,<br>　　　　　　　　　Defendants. | Case No. 3:25-cv-00326-ART-CLB<br><br>ORDER DENYING FUGITIVE DOCUMENT<br><br>[ECF No. 8] |

This civil-rights action was dismissed and closed in September 2025 because Plaintiff Michael Williams failed to file a signed complaint by August 11, 2025, in compliance with the Court's order. (ECF Nos. 5, 6). In closing this case, the Court denied Williams's application to proceed *in forma pauperis* as moot. (ECF No. 6 at 3). The Clerk of Court entered judgment accordingly. (ECF No. 7).

Nearly one month later, Williams filed a proposed first amended complaint. (ECF No. 8). Williams's pleading is a fugitive document because this case was closed on September 16, 2025, and Williams has not moved to vacate the judgment, let alone demonstrated that he is entitled to such relief. *See* Fed. R. Civ. P. 60(b) (authorizing district courts to "relieve a party or its legal representative from a final judgment, order, or proceeding" because of "(1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence"; (3) "fraud"; (4) "the judgment is void"; (5) satisfaction, release, or discharge of the judgment or reversal or vacation of earlier judgment; or "(6) any other reason that justifies relief").

**I.　CONCLUSION**

It is therefore ordered that Williams's proposed first amended complaint (ECF No. 8) is construed as a motion for leave to file an amended complaint in a closed case, and it is denied.

1

If Williams wishes to proceed with his claims in this closed case, then he must accomplish two tasks: (1) file a motion under FRCP 60(b) seeking relief from the judgment and demonstrating that his failure to file a signed complaint by August 11, 2025, was the product of one or more of the reasons enumerated under that Rule; and (2) file a new fully complete application to proceed *in forma pauperis* on the Court's approved form.

Alternatively, if Williams wants to pursue his claims but cannot or does not wish to file a motion under FRCP 60(b) to vacate this judgment, then he may file a complaint in a new case, under a new case number, and either pay the full filing fee or apply for *in forma pauperis* status in that action.

It is further ordered that the Clerk of Court will send Michael Williams a courtesy copy of his proposed first amended complaint (ECF No. 8) and the approved form application to proceed *in forma pauperis* by an inmate in NDOC custody and instructions for the same.

DATED: December 29, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2